IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LARRY WALSH,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA DEPARTMENT OF CORRECTIONS, OFFICE OF THE STATE PUBLIC DEFENDER, and DOES 1-10,<br><br>  Defendants. | CV-21-31-BU-BMM-JTJ<br><br><br><br>**ORDER** |

    Plaintiff Larry Walsh moves the Court for an extension of time until June 30, 2021 in which to file a response to Defendants' Motion to Dismiss to allow parties to pursue settlement negotiations. Defendants are not opposed to this motion. Wherefore IT IS HEREBY ORDERED the motion is GRANTED. Plaintiff shall have until June 30, 2021 in which to respond to the pending Motion to Dismiss.

    DATED this 27th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court