# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| LARRY WALSH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA DEPARTMENT OF CORRECTIONS, OFFICE OF THE STATE PUBLIC DEFENDER, and DOES 1–10,<br><br>　　　　Defendants. | CV-21-31-BU-BMM-JTJ<br><br>**ORDER** |

The parties have jointly moved the Court to continue the stay in this matter until October 1, 2021, to allow parties to finalize settlement. (Doc. 15).

Accordingly, **IT IS HEREBY ORDERED** the Motion to Continue Stay is **GRANTED**. (Doc. 15). This matter is stayed until October 1, 2021. The parties shall file a stipulation to dismiss or a status report on or before October 1, 2021.

Dated this 13th day of August, 2021.

_____
Brian Morris, Chief District Judge
United States District Court